NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO J. CALDERON LOPEZ, dba Starlight Consulting Services,**
*Plaintiff-Appellant*

**v.**

**LOS ANGELES COUNTY METROPOLITAN TRANSPORT AUTHORITY, BEVERLY HILLS, CA,**
*Defendants-Appellees*

---

2024-1998

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-08579-DMG-SHK, Judge Dolly M. Gee.

---

PER CURIAM.

## O R D E R

On January 3, 2024, the United States District Court for the Central District of California dismissed Ricardo J. Calderon Lopez's complaint seeking relief against defendants for alleged personal injuries.  Mr. Calderon Lopez appealed that decision to the United States Court of Appeals for the Ninth Circuit, which dismissed on March 26, 2024 for failure to prosecute.  On June 11, 2024, Mr. Calderon

Lopez filed a notice of appeal directed to this court from a decision entered "05/26/2024." ECF No. 1-2 at 1.

We dismiss. To the extent Mr. Calderon Lopez intended to appeal from the Ninth Circuit's March 26, 2024 decision, this court lacks jurisdiction to review decisions of the Ninth Circuit. *See* 28 U.S.C. § 1295. To the extent that Mr. Calderon seeks review of a ruling by the district court, we note that the district court's docket does not list a decision issued on May 26, 2024 and an appeal from the dismissal order would be untimely. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007) ("The timely filing of a notice of appeal in a civil case is a jurisdictional requirement").

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2024
      Date